UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: | ) Case No: 99-71648-CMS13 |
|     STACY M GAINES | ) |
|     S.S. No: ###-##-5470 | ) In Proceeding under Chapter 13 |
|     Debtor. | )    of the Bankruptcy Code |

## ORDER REVOKING DEDUCTION ORDER

TO:    DR. AUDRA BUSENLEHNER
        535 JACK WARNER PKWY BLD F
        STE 1    ATTN PAYROLL DEPT
        TUSCALOOSA, AL 35404-

the employer of the above debtor

The deduction order dated July 11, 2003 directing the deduction and remitting deductions of

$81.00 BIWEEKLY,

is hereby REVOKED and held for naught, and the debtor's employer is hereby directed to pay all monies due said debtor directly.

DONE AND ORDERED THIS August 2, 2004

Mailed: 8-02-2004
Typist: gailt

/s/ C. Michael Stilson
Original Signature on File
C. Michael Stilson
Bankruptcy Judge

cc:    STACY M GAINES
       Employer
       Attorney: E. CALHOUN WILSON
       Clerk, U.S. Bankruptcy Court

IF YOU HAVE ANY QUESTIONS PLEASE CALL THE TRUSTEE'S OFFICE AT
(205) 758-8595